BEFORE THE SECOND DIVISION, AUGUST 8, 1961

No. 65954.—The Pep Boys et al. *v.* United States, protests 60/1954, etc. (Los Angeles).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 65955.—Bert Scheuer, Inc., et al. *v.* United States, protests 60/16519–S, etc. (Los Angeles).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 65956.—Otto C. Ling & Son, Inc., and Service Cycle Supply Corp. *v.* United States, protests 60/17775 and 60/17754(B) (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the